499 P.2d 155

**STATE of Arizona, Appellee,**

v.

**Franklin B. STREETT, Appellant.**

**No. 2526–PR.**

Supreme Court of Arizona.

July 14, 1972.

Ordered: Petition for Review—Denied.